UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
DOCKET NO. 1:16-cr-00094-MOC-DLH

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| **BOB LEE JONES,** | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the court on defendant's Motion for Order Allowing PSI Release to Counsel. Having considered defendant's motion and reviewed the pleadings, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that defendant's Motion for Order Allowing PSI Release to Counsel (#36) is **GRANTED**, and the United States Probation Office is directed to provide counsel for both the government and defendant with copies of the defendant's final Presentence Reports completed in United States v. Jones, 1:02cr86-2.

Signed: January 18, 2017

Max O. Cogburn Jr
United States District Judge